An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY JAMES CAVANAUGH,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64948

**FILED**

SEP 09 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of theft. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

On May 1, 2014, appellant's counsel filed a notice informing this court of appellant's death. We entered an order treating the notice as a suggestion of death upon the record and directing appellant's personal representative, if any, to file a motion for substitution pursuant to NRAP 43(a)(1) by July 30, 2014, if he or she wished to proceed with this appeal. *See Brass v. State,* 129 Nev. ___, ___, 306 P.3d 393, 395 (2013). We explained that if no personal representative was substituted within the allotted time, we would dismiss this appeal. *See id.*

SUPREME COURT
OF
NEVADA

(O) 1947A

14-29721

To date, no personal representative has filed a motion for substitution. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Leon Aberasturi, District Judge
       Evenson Law Office
       Attorney General/Carson City
       Lyon County District Attorney
       Third District Court Clerk